PAUL E. LEE, SBN 117453
414 South Marengo Ave.
Pasadena, CA 91101-3113
Tel: (626) 440-5971 Fax: (866) 853-2197

GUY A. LEEMHUIS, SBN 208098
5601 West Slauson Ave., Ste 244
Culver City, CA 90230
Tel: (310) 215-8720 Fax: (310) 215-8728

Attorneys for Grover Burnett Jr., Conservator
of the Person and Co-Conservator of the
Estate of Grover Burnett Sr.

**FILED**
MAR 03 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS J. SAMPSON II,<br><br>　　　　Debtor, | CASE NO. **2:08-BK-25932-SB**<br>Chapter 7 |
| GROVER BURNETT JR.,<br>Conservator of the Person and Co-<br>conservator of the Estate of Grover<br>Burnett Sr.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MARCUS J. SAMPSON II,<br><br>　　　　Defendants. | Adv. Proc. No. 08-01973-SB<br><br>**DECLARATION SUPPORTING REQUEST TO ENTER DEFAULT OF DEFENDANT MARCUS SAMPSON II.**<br><br>(LBR 5055-1; FRBP 7055; FRCP 55(a)) |

LAW OFFICE OF
PAUL E. LEE
414 SOUTH MARENGO AVE.
PASADENA, CA 91101

DECLARATION SUPPORTING REQUEST TO ENTER DEFAULT
In Re Sampson - LA-2:08-BK-25932-SB                Page 1

# DECLARATION SUPPORTING REQUEST TO ENTER DEFAULT OF DEFENDANT MARCUS SAMPSON II.

The undersigned declares under penalty of perjury that the statements below are true and correct and requests that the court enter the default of the above-named party defendant in the within adversary action.

1. I am an attorney duly licensed and admitted to practice before this court and I represent the above-named plaintiff GROVER BURNETT JR., Conservator of the Person and Co-conservator of the Estate of Grover Burnett Sr.,

2. I have personal knowledge of the facts stated in this declaration.

3. A First Amended Adversary Complaint To Determine Interests ad Establish Conservatorship Estate's Ownership of and Quiet Title to Real Property and Directing Its Transfer to Estate, and For Interest and Damages in the instant adversary proceeding was filed pursuant to 28 U.S.C. §§ 1334, 28 U.S.C. §157(b)(2), 28 U.S.C. §1409(a) on December 24, 2008 and served on defendant MARCUS J. SAMPSON II the same date pursuant to LBR 7004-1.

4. A First Amended Summons and Notice of Status Conference in the instant adversary proceeding was issued on January 16, 2009 as evidenced by the Request for Entry of Default filed herewith and the Summons and Completed Return of Service attached thereto.

5. The First Amended Summons and Notice of Status Conference together with the First Amended Adversary Complaint, Early Meeting of Counsel - Joint Status Conference Instructions and Notice of Compliance with Bankruptcy Rule 7026-1 in the instant adversary proceeding was served on defendant MARCUS J. SAMPSON II by first class mail postage prepaid

LAW OFFICE OF
PAUL E. LEE
414 SOUTH MARENGO AVE.
PASADENA, CA 91101

DECLARATION SUPPORTING REQUEST TO ENTER DEFAULT
In Re Sampson – 2:08-BK-25932-SB
Page 2

on January 23, 2009 pursuant to LBR 7004-1 and 7015-1 as evidenced by the Request for Entry of Default filed herewith and the Summons and Completed Return of Service attached thereto.

6. The First Amended Adversary Complaint To Determine Interests ad Establish Conservatorship Estate's Ownership of and Quiet Title to Real Property and Directing Its Transfer to Estate, and For Interest and Damages in the instant adversary proceeding seeks a judgment for affirmative relief against said defendant MARCUS J. SAMPSON II in that Count I thereof seeks a judgment quieting title to real property described therein, Count II seeks ejectment of defendant MARCUS J. SAMPSON II from said real property, Count II seeks injunctive relief as to defendant MARCUS J. SAMPSON II, Count IV seeks monetary damages and other relief based on fraud and Count V seeks relief under the California Elder Abuse and Dependent Adult Civil Protection Act.

7. The First Amended Summons and Notice of Status Conference served on defendant MARCUS J. SAMPSON II advised said defendant that unless he has filed in duplicate and served a responsive pleading by February 19, 2009 the Court may enter a judgment by default against him for the relief demanded as evidenced by the Request for Entry of Default filed herewith and the Summons and Completed Return of Service attached thereto.

8. The court docket in the he instant adversary proceeding reflects that no responsive pleading has been filed nor have I received any responsive pleading.

7. The Servicemembers Civil Relief Act of 2003 ("SCRA") does not prohibit the entry of an order by default based on the following: No individual against whom relief is sought has filed a Statement of Military Service and the documents filed in this case do not indicate that any such individual is a

LAW OFFICE OF
PAUL E. LEE
414 SOUTH MARENGO AVE.
PASADENA, CA 91101

DECLARATION SUPPORTING REQUEST TO ENTER DEFAULT
In Re Sampson – 2:08-BK-25932-SB
Page 3

servicemember in military service, and declarant has no personal knowledge that any such individual is a servicemember or that SCRA protections otherwise apply.

DATED: March 2, 2009    By: *[signature]*
PAUL E. LEE
for Grover Burnett Jr., Conservator
of the Person and Co-Conservator of the
Estate of Grover Burnett Sr.

LAW OFFICE OF
PAUL E. LEE
414 SOUTH MARENGO AVE.
PASADENA, CA 91101

DECLARATION SUPPORTING REQUEST TO ENTER DEFAULT
In Re Sampson – 2:08-BK-25932-SB

Page 4

DECLARATION SUPPORTING REQUEST TO ENTER DEFAULT

| In re              (SHORT TITLE) | CASE NO.: 2:08-BK-25932-SB |
|---|---|
| In Re: MARCUS J. SAMPSON II,                                      Debtor(s). | ADV.NO.: 08-01973-SB |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:


A true and correct copy of the foregoing document described as _Declaration Supporting Request to Enter Default_ _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:


**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _3/2/09_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Marcus J. Sampson II
6201 S. Normandie Avenue
Los Angeles, CA 90044
(By U.S. Mail)

Hon. Samuel L. Bufford (Chambers Copy)
255 E. Temple Street, Suite 1582
Los Angeles, CA 90012
(By U.S. Mail)

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/2/09 | Paul E. Lee | _[signature]_ |
|---|---|---|
| Date | Type Name | Signature |

DECLARATION SUPPORTING REQUEST TO ENTER DEFAULT