| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| PAUL E. LEE, SBN 117453     GUY A. LEEMHUIS, SBN 208098<br>414 South Marengo Avenue     5601 West Slauson Ave., Ste 244<br>Pasadena, CA 91101-3113     Culver City, CA 90230<br>Tel: (626) 440-5971     Tel: (310) 215-8720<br>Fax: (626) 449-4417     Fax: (310) 215-8728<br><br>Attorney for **Plaintiff Grover Burnett Jr., Conservator** | LODGED<br>FEB 20 2009<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: **MARCUS J. SAMPSON II,**<br><br>Debtor. | |
|---|---|
| **GROVER BURNETT JR., Conservator of the Person and Co-conservator of the Estate of Grover Burnett Sr.,**<br>Plaintiff(s), | CHAPTER **7**<br>CASE NUMBER **2:08-BK-25932-SB** |
| vs.<br>**MARCUS J. SAMPSON II,**<br>FILED MAR 03 2009<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>Deputy Clerk<br>Defendant(s). | ADVERSARY NUMBER **08-01973-SB**<br><br>(No Hearing Required) |

**REQUEST FOR ENTRY OF DEFAULT UNDER**
**LOCAL BANKRUPTCY RULE 9021-1**

**BY FAX**

TO THE DEFENDANT, DEFENDANT'S ATTORNEY AND OTHER INTERESTED PARTIES:

1. Name of Defendant against whom default is sought *(Name)*: **MARCUS J. SAMPSON II,**

2. Plaintiff filed the Complaint in the above-captioned proceeding on *(specify date)*: **December 9, 2008**
   **First Amended   First Amended**

3. The Summons and Complaint were served on Defendant by ☐ Personal Service ☒ Mail Service on the following date *(specify date)*: **January 23, 2009**

4. A conformed copy of the completed Return of Summons form is attached hereto.

5. The time for filing an Answer or other response expired on *(specify date)*: **February 19, 2009**

6. No Answer or other response has been filed or served by Defendant.

WHEREFORE, Plaintiff requests that the Clerk of the Court enter the default of Defendant.

Dated: **February 20, 2009**

Respectfully submitted,

| ~~Default entered on~~ *(specify date)*:<br><br>JON D. CERETTO<br>Clerk of the Bankruptcy Court<br><br>By: _____<br>Deputy Clerk | **LAW OFFICE OF PAUL E. LEE**<br>*Firm Name*<br>By: _____**s/PAUL E. LEE**_____<br><br>Name: **GROVER BURNETT JR.,**<br>*Attorney for Plaintiff or Plaintiff* |

Rev. 5/98  This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 9021-1.2**
REQUEST TO ENTER DEFAULT
Sampson - LA-2:08-BK-25932-SB                                                                                                                              Page 1

Request for Entry of Default Under Local Bankruptcy Rule 9021-1 - *Page 2*  **F 9021-1.2**

| In re **MARCUS J. SAMPSON II,** | CHAPTER **7** |
|---|---|
| Debtor. | CASE NUMBER **2:08-BK-25932-SB** |

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA COUNTY OF **LOS ANGELES**

I am employed in the above County, State of California. I am over the age of 18 and not a party to the within action. My business address is as follows: **414 S. Marengo Ave.**
**Pasadena, CA 91101-3113**

On **February 20, 2009**, I served the foregoing document described as: REQUEST FOR ENTRY OF DEFAULT UNDER LOCAL BANKRUPTCY RULE 9021-1 on the interested parties at their last known address in this action by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at **Pasadena**, California, addressed as follows:

**Marcus J. Sampson II**
**6201 S. Normandie Avenue**
**Los Angeles, CA 90044**
**Debtor/Pro Se**

☐ Addresses continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:   **February 20, 2009**

*[signature]*

**PAUL E. LEE**

Type Name                                                                                   Signature

*Rev. 5/98*  This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.   **F 9021-1.2**

REQUEST TO ENTER DEFAULT
Sampson - LA-2:08-BK-25932-SB                                                                 Page 2

# CONFORMED COPY OF
# COMPLETED RETURN OF SERVICE

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| PAUL E. LEE, Esquire<br>414 South Marengo Avenue<br>Pasadena, CA 91101-3113<br>(626) 440-5871<br><br>Attorney for Plaintiff | FILED<br>JAN 26 2009<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:_____ Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re.<br><br>MARCUS J. SAMPSON II<br><br>Debtor. | CHAPTER 7<br>CASE NUMBER   LA 08-25932-SB<br>ADVERSARY NUMBER   LA 08-01973-SB |
|---|---|
| GROVER BURNETT, JR. Conservator of the PERSON<br>and Co-conservator of the Estate of Grover Burnett, Jr.<br>Plaintiff(s),<br><br>vs.<br><br>MARCUS J. SAMPSON II<br>Defendant(s). | (The Boxes and Blank Lines below are for the Court's Use Only (Do Not Fill Them In))<br><br>**SUMMONS AND NOTICE OF STATUS CONFERENCE** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by 2/16/2009 _____, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:    **BY FAX**

| Hearing Date: 03/10/09 | Time: 10:00 a.m. | Courtroom: 1575 | Floor: 15th |
|---|---|---|---|
| ☒ 255 East Temple Street, Los Angeles | | ☐ 411 West Fourth Street, Santa Ana | |
| ☐ 21041 Burbank Boulevard, Woodland Hills | | ☐ 1415 State Street, Santa Barbara | |
| ☐ 3420 Twelfth Street, Riverside | | | |

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: 01/16/09

JON D. CERETTO
Clerk of the Bankruptcy Court

By: _____
Deputy Clerk

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Revised December 1998 (COA-SA)    **F 7004-1**

REQUEST TO ENTER DEFAULT
Sampson - LA-2:08-BK-25932-SB    Page 4

Summons and Notice of Status Conference - *Page 2*  **F 7004-1**

| In re<br>**MARCUS J. SAMPSON II**<br>Debtor. | CHAPTER 7<br>CASE NUMBER **2:08-BK-25932-SB** |
|---|---|

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF **LOS ANGELES**

1. I am employed in the County of **LOS ANGELES**, State of California. I am over the age of 18 and not a party to the within action. My business address is as follows:

   414 South Marengo Ave.
   Pasadena, CA 91101-3113

2. ☒ **Regular Mail Service:** On **January 23, 2009**, I served the foregoing Summons and Notice of Status Conference (and any instructions attached thereto), together with the Complaint filed in this proceeding, on the Defendant(s) at the following address(es) by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at **PASADENA**, California, addressed as set forth below. **ALSO SERVED THEREWITH: First Amended Adversary Complaint; Early Meeting of Counsel - Joint Status Conference Instructions; and Notice of Compliance with Bankruptcy Rule 7026-1**

3. ☐ **Personal Service:** On _____, personal service of the foregoing Summons and Notice of Status Conference (and any instructions attached thereto), together with the Complaint filed in this proceeding, was made on the Defendant(s) at the address(es) set forth below.

4. Defendant(s) and address(es) upon which service was made:

   **DEBTOR:** MARCUS J. SAMPSON II
   6201 S. Normandie Avenue
   Los Angeles, CA 90044

   ☐ Names and Addresses continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: **January 23, 2009**

**PAUL E. LEE**                                                         *[signature]*
*Type Name*                                                              *Signature*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*Revised December 1998 (COA-SA)*                                                **F 7004-1**