ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
Helen R. Frazer                    STATE BAR NO. 92621
17871 Park Plaza Drive
Cerritos, California 90703-8597
Telephone: (562) 653-3200 • (714) 826-5480
Facsimile: (562) 653-3333

Attorneys for Trustee
JOHN PRINGLE

FILED & ENTERED

MAY 11 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY egarcia    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>MARCUS J. SAMPSON II<br><br>            Debtor.<br><br>GROVER BURNETT, JR.,<br><br>            Plaintiff,<br><br>    v.<br><br>MARCUS J. SAMPSON, II<br><br>            Defendant. | CASE NO.    2:08-bk-25932 SB<br><br>CHAPTER 7<br><br>ADV. 2:08-ap-01973 SB<br><br>**ORDER APPROVING STIPULATION TO ALLOW TRUSTEE TO INTERVENE IN ADVERSARY CASE** |

The stipulation between John Pringle, the duly appointed Chapter 7 trustee (the "Trustee") and Adversary Plaintiff, Grover Sampson, Jr. to allow the Chapter 7 Trustee to intervene in the above-captioned adversary case having been signed by the parties and filed with the Court, and good cause appearing therefore:

**IT IS HEREBY ORDERED:**

1. The Stipulation is approved.

DATED: May 11, 2009

_____
United States Bankruptcy Judge

008830.00019/1150584v1

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 17871 Park Plaza Drive, Cerritos, CA

A true and correct copy of the foregoing document described **Order Approving Stipulation to Allow Trustee to Intevene in Adversary Case** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 2/26/09 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

John Pringle, Chapter 7 Trustee:  jpringle@ecf.epiqsystems.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On _____2/26/09_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Marcus Sampson, Pro Se
6201 S. Normandie Avenue
Los Angeles, CA 90044

Paul E Lee, Counsel to Plaintiff
414 South Marengo Avenue
Pasadena, CA 91101

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
17871 Park Plaza Drive
Cerritos, California 90703-8597
Telephone: (562) 653-3200 • (714) 826-5480
Facsimile: (562) 653-3333

008830.00019/1150584v1

-2-

*Date    2/26/09    Helen Ryan Frazer    Signature*

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*)  Order Approving Stipulation to Intervene

manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

John Pringle, Chapter 7 Trustee:    jpringle@ecf.epiqsystems.com

Helen R. Frazer, Counsel to Trustee:    hfrazer@aalrr.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

Marcus Sampson, Pro Se
6201 S. Normandie Avenue
Los Angeles, CA  90044

Paul E Lee, Counsel to Plaintiff
414 South Marengo Avenue
Pasadena, CA 91101

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
17871 Park Plaza Drive
Cerritos, California 90703-8597
Telephone: (562) 653-3200 • (714) 826-5480
Facsimile: (562) 653-3333