PAUL E. LEE, SBN 117453
414 South Marengo Ave.
Pasadena, CA 91101-3113
Tel: (626) 440-5971 Fax: (866) 853-2197

GUY A. LEEMHUIS, SBN 208098
5711 West Slauson Ave., Ste 100
Culver City, CA 90230
Tel: (310) 215-8720 Fax: (310) 215-8728

Attorneys for Grover Burnett Jr., Conservator
of the Person and Co-Conservator of the
Estate of Grover Burnett Sr.



ORIGINAL

FILED
JUN 0 4 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS J. SAMPSON II,<br><br>　　　　Debtor, | CASE NO. **2:08-BK-25932-SB**<br>Chapter 7 |
| GROVER BURNETT JR.,<br>Conservator of the Person and Co-<br>conservator of the Estate of Grover<br>Burnett Sr.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MARCUS J. SAMPSON II,<br><br>　　　　Defendants. | Adv. Proc. No. **08-01973-SB**<br><br>**NOTICE OF OBJECTION BY PLAINTIFF TO PROPOSED ORDER DISMISSING ADVERSARY ACTION SUBMITTED BY DEFENDANT MARCUS SAMPSON II**<br><br>BY FAX |

LAW OFFICE OF
PAUL E. LEE
414 SOUTH MARENGO AVE.
PASADENA, CA 91101

NOTICE OF OBJECTION TO PROPOSED ORDER
In Re Sampson - LA-2:08-BK-25932-SB

NOTICE IS HEREBY GIVEN that Plaintiff Grover Burnett, Jr. hereby objects to the proposed order dismissing the within adversary action submitted by defendant Marcus Sampson II on the following grounds:

Grounds for objection to proposed order:

1. Defendant made no attempt to meet and confer with Plaintiff and the Trustee prior to submitting the proposed order.

2. The proposed order does not accurately reflect the Court's statements at March 10, 2009 Status Conference.

3. The proposed order is in conflict with Court's order entered May 11, 2009 allowing the Trustee to intervene in the adversary action.

4. The proposed order impairs the operation of FRBP 3007(b).

DATED: June 3, 2009

Law Office of GUY A. LEEMHUIS
Law Office of PAUL E. LEE

By: /s/ Paul E. Lee

PAUL E. LEE
Attorneys for Grover Burnett Jr., Conservator of the Person and Co-Conservator of the Estate of Grover Burnett Sr.

LAW OFFICE OF
PAUL E. LEE
414 SOUTH MARENGO AVE.
PASADENA, CA 91101

NOTICE OF OBJECTION TO PROPOSED ORDER
In Re Sampson – 2:08-BK-25932-SB    Page 2

NOTICE OF OBJECTION TO PROPOSED ORDER RE DISMISSAL

| In re<br>In Re: MARCUS J. SAMPSON II,     (SHORT TITLE) | CASE NO.: 2:08-BK-25932-SB |
|---|---|
| Debtor(s). | ADV.NO.: 08-01973-SB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Law Office of Paul E. Lee
414 S. Marengo Ave.
Pasadena, CA 91101-3113

A true and correct copy of the foregoing document described as **Notice of Objection to Proposed Order Re Dismissal** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

Hon. Samuel L. Bufford (Chambers Copy served by U.S. Mail)
255 E. Temple Street. Suite 1582
Los Angeles, CA 90012

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 6/3/09 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

James A. Dumas
Dumas & Associates
3435 Wilshire Blvd.
Suite 1045
Los Angeles, CA 90010
(By U.S. Mail)

Helen R. Frazer, Atkinson Andelson Loya Ruud & Romo
17871 Park Plaza Dr.
Cerritos, CA 90703-8597
Attorney for Trustee (By U.S. Mail)

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 6/3/09 | Paul E. Lee | s/Paul E. Lee |
|---|---|---|
| Date | Type Name | Signature |

NOTICE OF OBJECTION TO PROPOSED ORDER RE DISMISSAL

NOTICE OF OBJECTION TO PROPOSED ORDER RE DISMISSAL

| In re          (SHORT TITLE)<br>In Re: MARCUS J. SAMPSON II,                    Debtor(s). | CASE NO.: 2:08-BK-25932-SB<br>ADV.NO.: 08-01973-SB |
|---|---|

**ADDITIONAL SERVICE INFORMATION** (if needed):

John P. Pringle
Roquenlore, Pringle & Moore, Inc.
6055 East Washington Blvd., Suite 500
Los Angeles, CA 90040
Trustee
(By U.S. Mail)

NOTICE OF OBJECTION TO PROPOSED ORDER RE DISMISSAL

| In re          (SHORT TITLE)<br>In Re: MARCUS J. SAMPSON II,                    Debtor(s). | CASE NO.: 2:08-BK-25932-SB<br>ADV.NO.: 08-01973-SB |
|---|---|