```
 1              UNITED STATES BANKRUPTCY COURT

 2              CENTRAL DISTRICT OF CALIFORNIA

 3                        --oOo--

 4 In Re:                          )  Case No. LA08-25932-SB
                                   )
 5 MARCUS J. SAMPSON,              )  Los Angeles, California
                                   )  Wednesday, March 11, 2009
 6         Debtor.                 )  11:00 a.m.
                                   )
 7 _____  )

 8                                    ADV. 08-01973; BURNETT VS
                                      SAMPSON
 9
                                      STATUS HEARING RE: [1]
10                                    ADVERSARY CASE 2:08-ap-01973
                                      COMPLAINT BY GROVER BURNETT
11                                    JR. AGAINST MARCUS J.
                                      SAMPSON II
12

13            TRANSCRIPT OF PROCEEDINGS
       BEFORE THE HONORABLE SAMUEL L. BUFFORD
14          UNITED STATES BANKRUPTCY JUDGE

15

16 APPEARANCES:

17 For Plaintiff:              PAUL LEE, ESQ.
                               1100 Wilshire Boulevard
18                             Suite 2103
                               Los Angeles, California 90017
19                             (866) 264-1647

20 For Debtor/Defendant:       JAMES A. DUMAS, ESQ.
                               Dumas & Associates
21                             3435 Wilshire Boulevard
                               Suite 2530
22                             Los Angeles, California 90010
                               (213) 368-5009
23

24
   Proceedings recorded by electronic sound recording;
25 transcript produced by transcription service.
```

*Echo Reporting, Inc.*

ii

1  APPEARANCES (Cont'd.)

2  For the Trustee:            SUN HI AHN, ESQ.
                               Atkinson, Andelson, Loya,
3                                Ruud & Romo
                               17871 Park Plaza Drive
4                              Cerritos, California 90703
                               (562) 658-3200
5
   Court Recorder:             Litaun T. Lewis
6                              United States Bankruptcy Court
                               Edward R. Roybal Federal
7                                Building
                               255 East Temple Street
8                              Los Angeles, California 90012

9  Transcriber:                Dee Gregory
                               Echo Reporting, Inc.
10                             6336 Greenwich Drive, Suite B
                               San Diego, California 92122
11                             (858) 453-7590

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
                                                               1
 1   LOS ANGELES, CALIFORNIA   WEDNESDAY, MARCH 11, 2009 11:00 AM
 2                          --oOo--
 3       (Call to order of the Court.)
 4           THE COURT:  That brings us back to Number 263 --
 5           MR. LEE:  (Telephonic) Your Honor, Paul Lee for
 6   plaintiff.
 7           THE COURT:  -- Marcus Sampson.
 8           MS. AHN:  Your Honor, Sun Hi Ahn for the trustee.
 9           MR. DUMAS:  Good afternoon, your Honor.  James
10   Dumas of Dumas and Associates, appearing for the first time
11   for Marcus Sampson.  I was retained yesterday.
12           THE COURT:  Okay.  What's the status of the
13   properties here at issue?
14           MR. DUMAS:  Your Honor, there are 13 properties
15   that are mentioned in the complaint.
16           There are two that were foreclosed.
17           There's one that was sold in 2006.
18           There are four that are in the name of unrelated
19   third parties.
20           There are five that are in the name of a related
21   party, which is a corporation which is scheduled in the
22   bankruptcy petition.
23           THE COURT:  Hold on just a minute, sir.
24           I'm sorry.  Go ahead, sir.
25           MR. DUMAS:  Your Honor, so as I said, again, there
```

2

1  are five that are in the name of a related party, which is a
2  corporation, Superior Performance I think it's called, and --
3  it's called Superior Improvement System, and that is a
4  corporation that the debtor owns.
5        And then there is just one property where the
6  debtor is a joint tenant.  That's the property on Walton,
7  3910 Walton.
8        MR. LEE:  Your Honor, this is Paul Lee.
9        THE COURT:  We can't hear you, sir.
10       MR. LEE:  Paul Lee for the plaintiff.  Okay?  Can
11 you hear me?
12       THE COURT:  I'm hearing from Mr. Dumas.
13       Go ahead, sir.
14       MR. DUMAS:  Okay.  So that's the status of the
15 properties, your Honor.  And the -- of course the real party
16 in interest as to the properties which the debtor has a
17 direct or indirect interest is the trustee, not the debtor.
18       THE COURT:  Uh-huh.  Let me hear from counsel for
19 the trustee.
20       MS. AHN:  Your Honor --
21       THE COURT:  You'll need to stand at the podium,
22 ma'am.  For some reason, those microphones over there aren't
23 connected to the recording system.
24       MS. AHN:  Yes, your Honor.  We understood that
25 this was here before the Court on a continued status -- or

*Echo Reporting, Inc.*

3

1 status conference.  And we have just been informed the debtor
2 retained counsel.  So we would be inclined to continue the
3 status conference for the debtor to file the paperwork that
4 he proposed to us yesterday.
5         MR. DUMAS:  Yes, your Honor.  There's a request
6 for entry of default against the debtor and I would file a
7 motion for relief from default, unless plaintiff would
8 stipulate to it.
9         But I guess I was also interested in whether the
10 plaintiff wanted to amend his complaint, because it seems to
11 me that it's not a complaint that he would -- if he went to
12 default judgment, I'm not sure what he would get.
13         MR. LEE:  Paul Lee for the plaintiff, your Honor.
14 May I?
15         THE COURT:  Okay.  Just a moment, sir.  Let me
16 take a look at the complaint.  It looks like most of what's
17 in -- or maybe all of what's in the complaint, sir, is simply
18 a claim against this bankruptcy estate.
19         MR. LEE:  Your Honor, are you talking to me?
20         THE COURT:  Yes.
21         MR. LEE:  Yes.  That's correct.  These were the
22 properties that are -- that were in the schedule.
23         THE COURT:  Okay.  If it's a claim, then there's
24 nothing for us to do until such time as the -- as somebody
25 decides to object to it.  In the interim, it's deemed

4

1 allowed.
2          MR. LEE:  Well, the issue is the ownership of the
3 property when they're not truly owned by the debtor.  And
4 according to what Mr. Dumas is saying, these properties are
5 not owned by him.  However, they're listed in the schedule.
6 There's been absolutely no evidence put forward to indicate
7 that any of -- the ownership status that Mr. Dumas has
8 mentioned is a fact.  It may very well be.  But as we stand
9 right now, these properties were listed in the schedule.
10         Prior to this bankruptcy, all of these properties
11 were the subject of a probate quiet title action involving
12 the debtor raising the same issue as to whether or not he had
13 legal title, the proper legal title to these properties.
14         THE COURT:  As to the property of the estate, sir,
15 there's an automatic stay in place.  This case goes nowhere.
16         MR. LEE:  Right.  And we've stipulated with the
17 trustee.  The trustee has been intervening in the adversary
18 action to determine the interest of the property.  That
19 stipulation has been filed.
20         So the reason we did that is because we do need to
21 have determined by the real party in interest, which we did
22 try to seek, what the debtor's interest is in this
23 property -- these properties, if any.
24         THE COURT:  Okay.  File your claim, sir.
25         MR. LEE:  We did file a claim.  There is a claim

5

1  on file.
2       THE COURT: Okay. Well, then, there's nothing
3  further to do until such time as objected to, sir.
4       Anything further?
5       MR. LEE: The Court's ruling on the status
6  conference would be --
7       THE COURT: There's nothing to be litigated at the
8  present time. It's a claim against the bankruptcy estate and
9  will be treated as such. And there's nothing further to
10 do --
11      MR. LEE: Very well.
12      THE COURT: -- as I said, until such time as
13 trustee or somebody else objects to it.
14      Now, that's not to say there's nothing for you to
15 do in talking with the trustee, but that's a different
16 matter. There's nothing for the Court to do.
17      MR. LEE: Fine. Well, we'll talk with the
18 trustee.
19      THE COURT: Very well.
20      Anything further?
21      MR. DUMAS: So the case is going to be dismissed?
22      THE COURT: No.
23      We'll treat this as a claim, and there's nothing
24 further to do in the adversary proceeding.
25      MR. DUMAS: Thank you, your Honor.

*Echo Reporting, Inc.*

6

1          MS. AHN:  Thank you, your Honor.

2          THE COURT:  Thank you.

3          Looks like that disposes of the calendar today.

4 The court is adjourned.

5       (Proceedings concluded.)

6

7

8

9

10         I certify that the foregoing is a correct

11 transcript from the electronic sound recording of the

12 proceedings in the above-entitled matter.

13

14 /s/Dee Gregory                    12/28/09
Transcriber                       Date

15

FEDERALLY CERTIFIED TRANSCRIPT AUTHENTICATED BY:

16

17 /s/L.L. Francisco
L.L. Francisco, President
18 Echo Reporting, Inc.

19

20

21

22

23

24

25