```
DUMAS & ASSOCIATES
JAMES A. DUMAS, JR., SBN 76284)
RICHARD MALATT, Of Counsel (SBN 73405)
3435 Wilshire Blvd. Ste., 1045
Los Angeles, CA 90010
Telephone: 213/368-5000
Facsimile: 213/368-5009
Attorney Appearing Specially
for Debtor Marcus J. Sampson II
```

FILED & ENTERED

JAN 26 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY egarcia  DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>MARCUS J. SAMPSON II<br><br>      Debtor.<br>_____<br>GROVER BURNETT, JR.,<br><br>    v.<br><br>MARCUS J. SAMPSON II<br><br>_____ | ) Case No. 2:08-bk-25932-SB<br>)          [Chapter 7]<br>)<br>) Adv No. 2:08-ap-01973-SB<br>)<br>) [PROPOSED] ORDER OF DISMISSAL<br>)<br>) Date:  ~~December 15 , 2009~~<br>)        January 5, 2010<br>) Time:  11:00 a.m.<br>) Place: Crt. Room 1575<br>)        255 E. Temple Street<br>)        Los Angeles, CA 90012<br>) |

The Court having ruled that the Amended Complaint on file herein violates the automatic stay as to the only named defendant, the Debtor, Marcus Sampson, the within action is hereby dismissed without prejudice to any claim that plaintiff may hereafter assert against the estate.

_[signature]_
_____
United States Bankruptcy Judge

DATED: January 26, 2010

-1-

| In re: Marcus J. Sampson II | | CHAPTER: 7 |
| --- | --- | --- |
| Grover Burnett, Jr v. Marcus J. Sampson II | | CASE NUMBER: 2:08-bk-25932-SB |
| | Debtor(s). | ADV. NUMBER: 2:08-ap-01973-SB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 3435 WILSHIRE BLVD., STE. 1045, LOS ANGELES, CA 90010

A true and correct copy of the foregoing document described as **[PROPOSED] ORDER OF DISMISSAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On December 2, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **January 5, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

US Trustee Office
725 S. Figueroa., St., 26th Flr.
Los Angeles, CA 90012

Paul E. Lee, Esq.
414 South Marengo Avenue
Pasadena, Ca 91101

Marcus J Sampson
6201 S Normandie Ave
Los Angeles, CA 90044

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | /s/ | /s/ |
| --- | --- | --- |
| Date  January 5, 2010 | Type Name  Danielle M. Landeros | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                     **F 9013-3.1**

| In re: Marcus J. Sampson II | | CHAPTER: 7 |
|---|---|---|
| Grover Burnett, Jr v. Marcus J. Sampson II | | CASE NUMBER: 2:08-bk-25932-SB |
| | Debtor(s). | ADV. NUMBER: 2:08-ap-01973-SB |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  **F 9013-3.1**

| | |
|---|---|
| In re: Marcus J. Sampson II | CHAPTER: 7 |
| Grover Burnett, Jr v. Marcus J. Sampson II | CASE NUMBER: 2:08-bk-25932-SB |
| Debtor(s). | ADV. NUMBER: 2:08-ap-01973-SB |

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*)  [Proposed] Order of Dismissal _____ was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **January 5, 2010**, the following person(s) are currently on the Electronic Mail ice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

James A. Dumas  jamedumas@aol.com
Paul E Lee     pel@pellawoffice.com
John P Pringle     jpringle@ecf.epiqsystems.com, johnppringle@earthlink.net
United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

Marcus J Sampson
6201 S Normandie Ave
Los Angeles, CA 90044

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                **F 9021-1.1**

| In re: | | CHAPTER |
|---|---|---|
| | Debtor(s). | CASE NUMBER |

**ADDITIONAL SERVICE INFORMATION** (if needed):

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9021-1.1**